JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE SANTANGELO, | ) | CASE NO. CV10-8720-AHM (SHx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| US CUSTOMS AND BORDER PROTECTION, | ) ) ) | |
| Defendant(s). | ) ) | |

The Court having been advised by Magistrate Judge Stephen J. Hillman that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

Date: September 16, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**